| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>10/10/06 | DATE AND TIME WARRANT EXECUTED<br><br>10/12/06   0900 HOURS | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br><br>COMPASS BANK, FAXED COPY TO DEFENSE ATTY MARK ALLEN TREADWELL (256) 825-5667 ON 10/17/06 |

**INVENTORY MADE IN THE PRESENCE OF**

MONA M. GEORGE & DAVID WIZOREK

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

$519,153.50 IN U.S. CURRENCY (CONVERTED TO COMPASS BANK OFFICIAL CHECK NUMBER 1074607) - CONVERTED ON 10/16/06

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Jonatha E Harrison_

Subscribed, sworn to, and returned before me this date.

_Vanzetta Penn McPherson_   10/26/06

U.S. Judge or Magistrate   Date

**RETURNED AND FILED**

**OCT 2 6 2006**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.